**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **SHERRI HICKMAN, ET AL.,** | : | **Case Number:** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THOMAS MULLIGAN, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF REMOVAL BY DEFENDANT,**
**COUNTY HALL INSURANCE COMPANY, INC.,**
**A RISK RETENTION GROUP**

## I.     INTRODUCTION

This is a diversity-jurisdiction case where Plaintiffs are seeking insurance coverage for underlying Kentucky state court tort judgments.  The underlying incident that led to the prior state court judgments initially stemmed from a motor vehicle accident on April 7, 2017, between Plaintiffs, Sherri Hickman and Kaitlyn Angel, residents of Kentucky, and non-party Ali M. Bihi, a resident of Minnesota. At the time of the crash Bihi was operating a commercial tractor trailer in the employ of non-party JA Express Way, Inc., a resident of Illinois. Plaintiffs previously filed their personal injury action against Bihi and JA Express Way in 2017, in Rockcastle County, Kentucky Circuit Court as case No. 17-CI-00226. After receiving an award, but no recovery, Plaintiffs filed a complaint in this case against County Hall Insurance Company, Inc., a Risk Retention Group ("County Hall"), and numerous other defendants (none of whom, just like County Hall, had any contract of insurance with the parties in the underlying case).

Plaintiffs essentially seek payment of damages owed as the result of a final judgment against Bihi and JA Express Way, Inc. The May 27, 2022, final judgment awarded Hickman $2,760,401.53, and Angel $755,740.27. Neither Hickam nor Angel have received any damage recovery due to the insolvency of JA Express Way's insurer, non-party Spirit Commercial Auto Risk Retention Group, Inc. ("Spirit"). Spirit was placed into receivership on February 27, 2019. Like the presently listed insurance company Defendants, Spirit also fell under Mr. Mulligan's umbrella of insurance companies.

The Defendant, County Hall, respectfully represents that federal jurisdiction over this case, which was originally filed in the Kentucky state court, exists on the basis of diversity of citizenship, 28 U.S.C. §1332. This case therefore arises within the original jurisdiction of this Court, and the Defendants hereby remove it to this Court pursuant to 28 U.S.C. §§1441 and 1446.

## II.    STATEMENT OF GROUNDS FOR REMOVAL

1.    The time in which to remove this action has not run. The Complaint received by County Hall by service of process, on or about July 18, 2022.  Thus, this removal is timely, pursuant to 28 U.S.C. §1446(a).

2.    A copy of the Complaint and other preceding pleadings in the state court action is attached as Exhibit 1.

3.    A Civil Cover Sheet is attached hereto as Exhibit 2.

4.    A Corporate Disclosure Statement and Notice of Appearance of Counsel are attached hereto as Exhibits 3 and 4, respectively.

5.    Notice regarding the removal of this action to this Court is being separately provided this date to the Rockcastle County Circuit Court.

6.      The underlying accident allegedly occurred in Mount Vernon, Kentucky, within Rockcastle County.

7.      This Court has diversity jurisdiction over this action, as the parties to this lawsuit are citizens of different states. 28 U.S.C.  §1332(a)(1).

8.      Plaintiffs Hickman and Angel are citizens of the Commonwealth of Kentucky.

9.      Defendant Mulligan is a citizen of the State of New Jersey.

10.     Defendant CTC Transportation Insurance Services, LLC is a foreign limited liability company organized and existing under the laws of the State of California with its principal place of business in California. Its sole member, Thomas Mulligan is a citizen of the State of New Jersey.

11.     Defendant CTC Transportation Insurance Services of Missouri, LLC is a foreign limited liability company organized and existing under the laws of the State of Missouri. Its sole member, Thomas Mulligan is a citizen of the State of New Jersey.

12.     Defendant CTC Transportation Insurance Services of Hawaii, LLC is a foreign limited liability company organized and existing under the laws of the State of Hawaii. Its sole member, Thomas Mulligan is a citizen of the State of New Jersey.

13.     Defendant Criterion Claim Solutions of Omaha, Inc. is a corporation organized under the laws of the State of Nebraska with its principal place of business located in Omaha, Nebraska.

14.     Defendant Lexicon Insurance Management, LLC is a limited liability company organized under the laws of the State of New Jersey. Its members are citizens of the State of Vermont and the State of New Jersey.

15.    Defendant Chelsea Financial Group, Inc. is a corporation organized under the laws of the State of California with its principal place of business in Woodland Hills, California.

16.    Defendant 10-4 Preferred Risk Managers, Inc. is a dissolved corporation organized under the laws of the State of Missouri.

17.    Defendant County Hall Insurance Company, Inc., A Risk Retention Group, is a corporation organized under the laws of the Statue of North Carolina, with its principal place of business located in Kernersville, North Carolina.

18.    All of the Defendants have indicated, through counsel, that they consent to the removal of this action.

19.    Because this action is being removed within 30 days of service of process on County Hall, this removal is timely.

20.    This action also meets the amount-in-controversy requirement for this Court's diversity jurisdiction, as the amount-in-controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a). Plaintiff Hickman seeks $2,760,401.53 and Plaintiff Angel seeks $755,730.27 as damages sustained in their April 2017 crash. Additionally, Plaintiffs seek damages for pain and suffering, punitive damages, attorney's fees, and costs. Thus, the amount-in-controversy appears to be in excess of $3,516,141.70.

21.    Prior to the removal of this action to federal court, Plaintiff's counsel granted a courtesy extension of time to County Hall to move or plead, up to and including August 31, 2022.

## III.    CONCLUSION

Plaintiffs' claims involve litigation with an amount-in-controversy exceeding $3,516,141.70, between citizens of different states. Federal jurisdiction based on diversity of citizenship is therefore conferred, and removal of all of Plaintiff's claims is appropriate.

Respectfully Submitted,


s/ Nathan A. Lennon
Nathan A. Lennon (96205)
REMINGER CO., LPA
250 Grandview Avenue, Ste. 550
Ft. Mitchell, KY 41017
Phone: (859) 426-7222
Fax:   (859) 283-6074
Email:  nlennon@reminger.com
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 29th day of July, via the Court's cm/ecf system, and additionally via email and/or regular mail, upon the following:

A. Nicholas Naiser
NAISER LAW OFFICE
600 West Main Street, Suite 500
Louisville, KY 40202
Phone: 502-584-1210
nick@n-aiserlaw.com
*Counsel for Plaintiffs*

Michael E. Kleinert
Zachary M. VanVactor
STITES & HARBISON
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
mkleinert@stites.com
zvanvactor@stites.com
*Counsel for Defendants, CTC Transportation*
*Insurance Services, LLC;*
*Thomas Mulligan; CTC Transportation*
*Insurance Services of Missouri, LLC;*
*and CTC Transportation Insurance Services of Hawaii, LLC*

Michael T. Davis
KOPKA PINKUS DOLIN
301 East Main Street, Suite 400
Lexington, KY 40507
T: 859.368.8999
F: 859.368.8772
Direct: 859.368.7961
mtdavis@kopkalaw.com
*Counsel for Defendant, Chelsea Financial Group, Inc.*
Andrew P. Pullen
Rebecca A. Lambert
O'BRYAN, BROWN & TONER, PLLC
401 South 4th Street, Suite 2200
Louisville, KY 40202
pullenp@obtlaw.com

lambertr@obtlaw.com
*Counsel for Defendants, Criterion Claim*
*Solutions of Omaha, Inc. and*
*10-4 Preferred Risk Managers Inc.*

Seth Wiseman
Denise Motta
GORDON REES SCULLY MANSUKAHNI LLP
325 W. Main Street
Waterfront Plaza, Suite 2300
Louisville, KY 40202
swiseman@grsm.com
dmotta@grsm.com
*Counsel for Defendant, Lexicon Insurance Management, LLC*


s/ Nathan A. Lennon
Nathan A. Lennon (0091743)